A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

46 So.2d 863

### Conley LAWRENCE v. STATE.
#### 6 Div. 934.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Forgery, second degree.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

47 So.2d 924

### Conley LAWRENCE v. STATE.
#### 6 Div. 935.

Court of Appeals of Alabama.
May 9, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.
Forgery, second degree.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 916

### Albert LEDWELL v. STATE.
#### 8 Div. 760.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

Murder, second degree.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

44 So.2d 916

### C. A. LEE v. STATE.
#### 3 Div. 917.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Escambia County; F. W. Hare, Judge.

Fraudulent check.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

46 So.2d 863

### Sullivan LEONARD v. STATE.
#### 5 Div. 292.

Court of Appeals of Alabama.
April 18, 1950.

Appeal from Circuit Court, Elmore County; Oakley W. Melton, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.